# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147910(65)(68)

DETROIT MEDICAL CENTER,
      Plaintiff-Appellee,

v

                                        SC:  147910
                                         COA:  311036

TITAN INSURANCE COMPANY,
      Defendant-Appellant.
                                         Wayne CC:  11-001794-NF

_____/

      On order of the Court, the motion for leave to file a supplemental brief is GRANTED. The motion for reconsideration of this Court's March 26, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2014


                                    Clerk

d0922